**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 02-1553**

───────────

GARY AMOS MCLAUGHLIN,

Plaintiff - Appellant,

versus

CHRYSLER CORPORATION,

Defendant - Appellee.

───────────

Appeal from the United States District Court for the Northern District of West Virginia, at Elkins.  Robert Earl Maxwell, Senior District Judge.  (CA-98-115-2)

───────────

Submitted:  September 24, 2002      Decided:  October 8, 2002

───────────

Before WILKINS, NIEMEYER, and MOTZ, Circuit Judges.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Gary Amos McLaughlin, Appellant Pro Se.  William L. Bands, BELL & BANDS, P.L.L.C., Charleston, West Virginia, for Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Gary McLaughlin appeals the district court's order granting summary judgment in favor of defendant, Daimler-Chrysler Corporation in this action under West Virginia's lemon law, W. Va. Code Ann. §§ 46A-6A-1 through 46A-6A-9 (Michie 1999). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the district court's reasoning that McLaughlin was not a consumer within the scope of W. Va. Code Ann. § 46A-6A-2, and thus was not protected by the statute.[*] See McLaughlin v. Chrysler Corp., No. CA-98-115-2 (N.D.W. Va. May 3, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] Because we find this issue dispositive, we have not considered, and express no opinion, as to the alternative basis for the district court's judgment.

2